Tom THORP v. W. R. JACKSON.

8 Div. 364.

Supreme Court of Alabama.
April 22, 1932.

R. L. Polk, of Sheffield, for petitioner.

PER CURIAM.
Rule nisi denied.

Lollie Bell TOLES v. ALABAMA BY-PRODUCTS CORP.

6 Div. 59.

Supreme Court of Alabama.
May 26, 1932.

S. R. Hartley and W. M. Williamson, both of Birmingham, for appellant.

Cabaniss & Johnston and L. D. Gardner, Jr., all of Birmingham, for appellees.

THOMAS, J.
Writ denied; affirmed.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.

Ex parte Clarence A. WEST et al.

6 Div. 178.

Supreme Court of Alabama.
May 30, 1932.

Ernest Matthews and Crampton Harris, both of Birmingham, for petitioner.

PER CURIAM.
Rule nisi denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

Sam WHITE v. STATE.

6 Div. 143.

Supreme Court of Alabama.
Dec. 8, 1932.

PER CURIAM.
Appeal dismissed.

Ex parte Reuben WRIGHT.

4 Div. 685.

Supreme Court of Alabama.
Nov. 12, 1932.

O. S. Lewis, of Dothan, for petitioner.

PER CURIAM.
Rule nisi denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.